UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IMARI ABUBAKARI OBADELE, 3, f/k/a Eric Lawrence Roberts,

Petitioner,

v.

DAVID R. CRIST, Warden,

Respondent.

Civil No. 00-290 (DSD/JGL)

**ORDER**

On February 7, 2000, Petitioner filed a petition for writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Stillwater, Minnesota. It appears on the face of the petition, however, that his judgment of conviction became final on direct appeal in 1996, and that his present petition may be time-barred because it was not filed within one year thereafter, as required by 28 U.S.C. § 2244(d)(1)(A). Therefore, the merits of the petition will not be addressed unless Petitioner is able to demonstrate that his petition is not time-barred.

Petitioner will be required to file a written response to this order showing good cause, if any exists, why the instant petition should not be summarily dismissed pursuant to § 2244(d). That response must include at least the following:

(i) a copy of the affidavit of Jaheed Abdul-Malik, (f/k/a Jerome Little), which is referred to in the petition,

(ii) the date when Petitioner first became aware of the "newly discovered evidence" allegedly reflected in the affidavit of Jaheed Abdul-Malik, (f/k/a Jerome Little),

(iii) the date when Petitioner filed his appeal with the Minnesota Court of Appeals in connection with his second post-conviction motion,

FEB 10 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

(iv) a copy of the Court of Appeals' decision on the second post-conviction motion,

(v) the date when Petitioner filed his request for review in the Minnesota Supreme Court in connection with his second post-conviction motion, and

(vi) a copy of the Supreme Court's decision on the second post-conviction motion.

Petitioner must file his response to this order by no later than March 10, 2000, failing which it will be recommended that his habeas corpus petition be dismissed with prejudice. If Petitioner does file a timely response, the parties shall thereafter await the further order of the Court. The Court will defer its ruling on Petitioner's application for leave to proceed in forma pauperis, ("IFP"), until it becomes clear whether or not the petition will be summarily dismissed.

IT IS HEREBY ORDERED that:

(1) On or before March 10, 2000, Petitioner shall file a written response to this order, which shall include the information and materials identified herein, together with such other information and materials as may be required to show good cause why Petitioner's current habeas corpus petition should not be summarily dismissed pursuant to 28 U.S.C. § 2244(d);

(2) A copy of Petitioner's response shall be served upon the Minnesota Attorney General;

(3) If Petitioner does not file the written response required by this Order within the time allowed, it will be recommended that the petition be summarily dismissed with prejudice; and

(4) If Petitioner does file a timely response to this order, the parties shall thereafter await the further order of the Court.

Dated: ~~January~~ Feb 9, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge