AO 240A (1/94)

# United States District Court

DISTRICT OF MINNESOTA

IMARI ABUBAKARI OBADELE, 3,
~~Plaintiff~~ Petitioner,

V.

DAVID R. CRIST,
~~Defendant~~ Respondent.

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER: CV00-290(DSD/JGL)

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

[ ] The clerk is directed to file the complaint.

[ ] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

______________________________

______________________________

ENTER this 18TH day of APRIL, 2000.

FILED 4-18-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Signature of Judicial Officer

JONATHAN G. LEBEDOFF
United States Magistrate Judge
Name and Title of Judicial Officer